Walter Michalski, Appellant, v. American Machine and Foundry Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event. The evidence presented a question for the jury on the issue of negligence. (*Scott* v. *International Paper Co.*, 204 N. Y. 49; *Martin* v. *Walker & Williams Mfg. Co.*, 198 id. 324; *Basel* v. *Ansonia Clock Co.*, 159 App. Div. 912; *Kimmerle* v. *Carey Printing Co.*, 160 id. 893.) Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Hyman Edelstein, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Henry W. Richter, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Alexandria Sedleski, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

Frank B. Frear, Plaintiff, v. Alfred H. Lewis and Another, Defendants. — Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

The People of the State of New York, Respondent, v. Hyman Stehr, Appellant.— Reargument ordered and case set down for Thursday, July 29, 1915, at ten A. M. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York ex rel. Sanborn Map Company, Relator, v. Peter Ceder, as President, etc., Appellants.— Motion granted on condition that appellants pay the attorney for the relator twenty-five dollars within twenty days, perfect the appeal, place the case upon the September calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Samuel T. Williams and Others, Respondents, v. Peter Keeler Building Company and Others, Appellants.— Motion granted and default opened on condition that appellant perfect the appeal, place the case on the September calendar and be ready for argument when reached and within ten days pay twenty-five dollars to respondents; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.